IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00191–EWN–BNB

NICHOLAS SVOMA,

    Plaintiff,

v.

CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice" filed July 27, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 30th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge